STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. WAYNE K. GODFREY, DEFENDANT-RESPONDENT.

Argued April 29, 1975—Decided May 13, 1975.

*Mr. Arnold Golden,* Assistant Prosecutor, argued the cause for appellant (*Mr. Thomas J. Shusted,* Camden County Prosecutor, attorney).

*Mr. Leonard S. Baker,* Assistant Deputy Public Defender, argued the cause for respondent (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division, 131 *N. J. Super.* 168.

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER, and Judge CONFORD—7.

*For reversal*—None.